NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SIMON SHIAO TAM**

---

2014-1203

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in serial No. 85/472,044.

---

**ON MOTIONS**

---

**O R D E R**

Before the court are three motions for leave to participate in oral argument. *See* ECF No. 92, Motion of Amicus Curiae Pro-Football, Inc. for Leave to Participate in Oral Argument; ECF No. 100, Motion for Leave of Amici Curiae the American Civil Liberties Union, American Civil Liberties Union of Oregon, and the American Civil Liberties Union of the Nation's Capital to Participate in Oral Argument; ECF No. 125, Motion of Amicus Curiae Hugh C. Hansen for Leave to Participate in Oral Argument.

IT IS ORDERED THAT:

(1)   The Motion of Amicus Curiae Pro-Football, Inc. for Leave to Participate in Oral Argument is denied.

(2)  The Motion of Amicus Curiae Hugh C. Hansen for Leave to Participate in Oral Argument is denied.

(3)  The Motion of Amici Curiae the American Civil Liberties Union, American Civil Liberties Union of Oregon, and the American Civil Liberties Union of the Nation's Capital (collectively, "ACLU entities") for Leave to Participate in Oral Argument is granted.

(4)  The court's order of June 22, 2015 scheduling oral argument, *see* ECF No. 105, is modified as follows.  Appellant Simon Shiao Tam will have thirty minutes of argument time, the ACLU entities will have ten minutes of argument time, and appellee Lee will have forty minutes of argument time, for a total argument time of one hour, twenty minutes.  The ACLU entities shall notify the court by September 10, 2015 of the name of counsel who will present oral argument.

FOR THE COURT

September 3, 2015                    /s/ Daniel E. O'Toole
            Date                             Daniel E. O'Toole
                                             Clerk of Court